437 A.2d 1222

**COMMONWEALTH of Pennsylvania**

v.

**Laverne Sims AFRICA.**

**COMMONWEALTH of Pennsylvania**

v.

**Anthony Beamon AFRICA.**

**COMMONWEALTH of Pennsylvania**

v.

**Dennis Sims AFRICA.**

**Appeals of Gail Sims AFRICA and Charles Sims Africa.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 22, 1981.

Baewolf Africa, Laverne Africa, Gail Sims Africa and Charles Africa, pro se.

Robert B. Lawler, Chief, Appeals Div., Paul Diamond, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

Judgments of sentence affirmed.